# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT FRANCIS DONEY,**

**Plaintiff,**

**-vs-**                                                                      **Case No.  6:05-cv-1493-Orl-19DAB**

**FEDERAL EXPRESS CORPORATION,**

**Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PROVIDE RESPONSES TO DISCOVERY REQUESTS (Doc. No. 22)** |
| **FILED:** | **February 21, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as unnecessary.

Parties do not file written discovery with the Court. *See* Local Rule 3.03(e).  Therefore, the parties may extend the deadlines for service of written discovery by agreement and they do not require a Court order unless there would be some effect on established deadlines.

**DONE** and **ORDERED** in Orlando, Florida on February 22, 2006.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record